IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LAWRENCE GIBSON,[1] | § | |
| | § | No. 388, 2021 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | File No. 21-03-4TK |
| ALICE GIBSON, | § | Petition No. 21-06997 |
| | § | |
| Respondent, | § | |
| Appellee. | § | |

Submitted: May 27, 2022
Decided: July 28, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Family Court in in its November 4, 2021 order denying the petition for termination of parental rights. The Family Court did not err in finding that the petitioner below-appellant failed to establish, by clear and convincing evidence, that termination of parental rights was in the best interests of the child.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is affirmed.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).